## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MICHAEL A. STORTINI, | Case No. 15-10443(MFW) |
| Debtor. | Re: D.I. 45 |

### ORDER GRANTING MOTION OF THE DEBTOR TO CONVERT
### CASE TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

Upon consideration of Debtor, Michael A. Stortini's Motion to Convert Case to Case Under Chapter 7 of the Bankruptcy Code (the "Motion"), and finding that due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that pursuant to Bankruptcy Code section 1112(a), the Debtor's chapter 11 case is converted to a case under chapter 7 of the Bankruptcy Code, effective immediately; and it is further

ORDERED that this Court shall retain jurisdiction related to all matters arising from the implementation of this Order.

Dated: July 9, 2015

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge